UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YAA POKUAA,

                Plaintiff,

*– against –*

U.S. DEPARTMENT OF HOMELAND SECURITY; KEVIN K. MCALEENAN, *in his official capacity as Acting Secretary*; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; KENNETH T. (KEN) CUCCINELLI, *in his official capacity as Acting Director*;

                Defendants.

**ORDER**

19 Civ. 10409 (ER)

RAMOS, D.J.:

      Plaintiff filed the instant suit against Defendants on November 8, 2019.  Doc. 1.  Plaintiff filed affidavits of service on July 6, 2019, Docs. 11, 12, 15, and 16, but Defendants have failed to appear.  Since then, there has been no activity in this matter.  Accordingly, Plaintiff is hereby ORDERED to file a status report by April 19, 2021.  Failure to comply with this Order may result in sanctions, including dismissal for failure to prosecute.  *See* Fed. R. Civ. P. 41.

      SO ORDERED.

Dated:   April 5, 2021
            New York, New York

                                              EDGARDO RAMOS, U.S.D.J.